■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN REYES, Appellant. [865 NYS2d 588]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Goldberg, J.), imposed October 3, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Santucci, Angiolillo and Eng, JJ., concur.